IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ELKINS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SUNRISE COAL, LLC,<br><br>        Defendant. | Case No. 3:24-CV-2301-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Joint Stipulation of Dismissal Without Prejudice filed on June 2, 2025 (Doc. 35), this entire case is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    DATED:   June 3, 2025

                                                      MONICA A. STUMP,
                                                      Clerk of Court

                                                      By:  s/ *Deana Brinkley*
                                                             Deputy Clerk

APPROVED:  _____
                       **NANCY J. ROSENSTENGEL**
                       **Chief U.S. District Judge**